Shane A. MacIntyre
Emily J. Dardis
BROWN LAW FIRM, P.C.
269 W. Front Street, Suite A
Missoula, MT 59802
Tel (406) 830-3248
Fax (406) 830-3745
smacintyre@brownfirm.com
edardis@brownfirm.com

*Attorneys for Defendant National Farmers
Union Property and Casualty Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SHERRI JUDISCH,<br><br>   Plaintiff,<br><br>v.<br><br>NATIONAL FARMERS UNION PROPERTY AND CASUALTY COMPANY, and DOES 1-10,<br><br>   Defendants. | Cause No. CV-23-57-BMM-JTJ<br><br><br><br>**NOTICE OF SETTLEMENT** |
| TAYLOR JUDISCH,<br><br>   Plaintiff,<br><br>v.<br><br>NATIONAL FARMERS UNION PROPERTY AND CASUALTY COMPANY, and DOES 1-10,<br><br>   Defendants. | Cause No. CV-23-58-BMM-JTJ<br>(Consolidated Case) |

Defendant National Farmers Union Property and Casualty Company hereby informs the Court that the parties have reached a settlement in this matter. Dismissal documents are forthcoming.

DATED this 6th day of August, 2024.

                                    BROWN LAW FIRM, P.C.

                                    By:   /s/ Shane A. MacIntyre
                                          Shane A. MacIntyre
                                          Emily J. Dardis
                                          *Attorneys for Defendant National Farmers Union Property and Casualty Company*